**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1316**

———————

PHILLIP SCOTT OSBORNE,

                              Plaintiff - Appellant,

        versus

RODNEY E. SLATER, Honorable, Secretary of
Transportation; UNITED STATES DEPARTMENT OF
TRANSPORTATION,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Terry L. Wooten, District Judge.
(CA-00-2604-6)

———————

Submitted:  July 18, 2002              Decided:  July 23, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Phillip Scott Osborne, Appellant Pro Se.  Terri Hearn Bailey,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Phillip Scott Osborne appeals the district court's order granting the Defendants' motion for summary judgment in his employment discrimination action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Osborne v. Slater, No. CA-00-2604-6 (D.S.C. Feb. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2